UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA
## CRIMINAL MINUTES – ARRAIGNMENT

Case No. **2:25-cr-00960-FMO**　　　　　　　　　　　　　　　　　Date: **12/23/2025**

Present: The Honorable: **Alicia G. Rosenberg, United States Magistrate Judge**

Interpreter **Samuel Chan**　　　　　　　　　　　Language **Cantonese**

| Karl Lozada | 12/23/2025 | Chris S. Bulut |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Assistant U.S. Attorney |

U.S.A. v. Defendant(s)　✔ Present　**In Custody**　　　Attorneys for Defendants:　✔ Present　**DFPD**

**Vanmy Duong**　　　　　　　　　　　　　　　　　　　**Julia Deixler**

**Proceedings:** Arraignment of Defendant and/or　　✔ Assignment of Case　　Appointment of Counsel
　　　　　　　　　　　　　　　　　　　　　Initial Appearance

* Interpreter confirmed to be present in the courtroom assisting with interpretation. Name of interpreter: Samuel Chan; Language: Cantonese
* Court does not question defendant as to true name.
* Defendant is arraigned under name on the Indictment.
* Defendant acknowledges having read the Indictment and discussed it with counsel.
* Defendant pleads "not guilty" to all counts of the Indictment.
* This case is assigned to Judge Fernando M. Olguin.
* It is ordered that the following date(s) and time(s) are set: Jury Trial: 2/17/2026 8:45 AM
* Judge Olguin is located in 6D, Los Angeles - United States Courthouse, 350 W 1st Street, CA 90012-4565.

cc:　　PSALA　　　　　　PSAED　　　　　　PSASA　　　Initial Appearance/Appointment of Counsel: **00** : **00**
　　✔ USMLA　　　　　　USMED　　　　　　USMSA
　　　Statistics Clerk　　　　　　　　　　✔ Interpreter　　　　　　　　　　　　Arraignment: **00** : **02**
　　　CJA Supervising Attorney　　　　　　Fiscal　　　　　　Initials of Deputy Clerk: **KL by TRB**